AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STEPHEN J. LINDSEY,
ETAL

V.

UNITED STATES

CASE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV01409

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 08/7/2006

TO: (Name and address of Defendant)

CIVIL PROCESS CLERK
U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ~~ATTORNEY~~ (name and address)

STEPHEN J. LINDSEY
PATRICIA LINDSEY
9871 STANFORD AVE.
GARDEN GROVE, CA.
92841

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          AUG - 7 2006
CLERK                                DATE

(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P.  The date of service upon the United States Government as evidenced by the attached Postal green cards is _____ 8/14/06 _____.  The cost of the mailing is $ __8.39__

Certified mail # __7005 3110 0002 2072 4497__ ,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____       __8/23/06__
Signature                         Date



**UNITED STATES POSTAL SERVICE**

Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 3110 0002 2072 4497**
Status: **Delivered**

Your item was delivered at 4:56 am on August 14, 2006 in WASHINGTON, DC 20530.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy