IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN J. LINDSEY )<br>PATRICIA LINDSEY )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>)<br>Defendant. ) | No. 1:06-cv-01409-RBW |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were caused to be served upon Plaintiffs pro se on the 20th day of October, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

Stephen J. Lindsey
Patricia Lindsey
Plaintiffs *Pro Se*
9871 Stanford Avenue
Garden Grove, CA 92841


/s/ Nicole M. Stoduto
NICOLE M. STODUTO

1980196.1