UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN J. LINDSEY and<br>PATRICIA L. LINDSEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action No. 05-1761 (RBW) |

## ORDER

On August 22, 2006, the Court issued a Memorandum Opinion and Order granting the defendant's motion to dismiss the plaintiffs' claims for a declaratory judgment, an injunction, a tax refund, and damages. However, the Court permitted the plaintiffs to amend their complaint to include a facial challenge to 26 C.F.R. § 301.7433-1 (2006). Order at 1; see also Memorandum Opinion at 36-39. The Court directed the plaintiffs to file an amended complaint by September 25, 2006, if they wished to attempt to maintain this action based on a facial challenge. Order at 2. The plaintiffs have not done so. Accordingly, it is hereby

**ORDERED** that the above-captioned matter is dismissed with prejudice.[1] It is further

**ORDERED** that this case is closed.

---

[1] On August 7, 2006, the plaintiffs filed a related action against the United States for damages pursuant to 26 U.S.C. § 7431 (2000). See Complaint for Damages Under 26 U.S.C. Section 7431, Civ. No. 06-1409, Lindsey v. United States. That matter remains pending before this Court.


GOVERNMENT'S EXHIBIT 102

**SO ORDERED** this 4th day of October, 2006.

                                          REGGIE B. WALTON
                                          United States District Judge