IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN J. LINDSEY )<br>PATRICIA LINDSEY )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES )<br>)<br>Defendant. ) | No. 1:06-cv-01409 RBW |

## UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT

The United States moves to dismiss the amended complaint filed in this action. As grounds for this motion, the United States asserts that Plaintiffs' amended complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) and (6) for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted.

A memorandum of points and authorities in support of this motion and a proposed order are submitted herewith.

DATE: December 18, 2006

                                          Respectfully submitted,

                                          /s/ Nicole M. Stoduto
                                          NICOLE M. STODUTO
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          Post Office Box 227
                                          Washington, D.C. 20044
                                          Telephone: (202) 616-9785
                                          Facsimile: (202) 514-6866
                                          Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney