IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN J. LINDSEY )<br>PATRICIA LINDSEY )<br>   )<br>Plaintiffs, )<br>   )<br>v.   )<br>   )<br>UNITED STATES )<br>   )<br>Defendant. ) | | No. 1:06-cv-01409 RBW |

**O R D E R**

Having considered the United States' motion to dismiss amended complaint, memorandum in support thereof, and any oppositions and replies thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss amended complaint be and is GRANTED;

ORDERED that Plaintiffs' amended complaint be and is DISMISSED WITH PREJUDICE, and it is further

ORDERED that the clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

NICOLE M. STODUTO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 616-9785
Facsimile: (202) 514-6966
Email: Nicole.M.Stoduto@usdoj.gov

STEPHEN J. LINDSEY
PATRICIA LINDSEY
Plaintiffs *Pro Se*
9871 Stanford Avenue
Garden Grove, California 92841