IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN J. LINDSEY<br>PATRICIA LINDSEY<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:06-cv-01409 RBW |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' MOTION TO DISMISS AMENDED COMPLAINT, MEMORANDUM, proposed ORDER, and NOTICE OF RELATED CASES were caused to be served upon Plaintiffs *pro se* on the 18th day of December, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

　　Stephen J. Lindsey
　　Patricia Lindsey
　　Plaintiffs *Pro Se*
　　9871 Stanford Avenue
　　Garden Grove, California 92841.


　　　　　　　　　　　　　　　　　　　　　/s/ Nicole M. Stoduto
　　　　　　　　　　　　　　　　　　　　NICOLE M. STODUTO