IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN J. LINDSEY<br>PATRICIA LINDSEY,<br><br>           Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:06-cv-01409 RBW |

## UNITED STATES' MOTION TO STRIKE

The United States respectfully moves to strike Plaintiffs' RESPONSE TO MOTION TO DISMISS filed with the Court on April 23, 2007. The United States asserts that the motion to strike is appropriate pursuant to Fed. R. Civ. P. 12(f) because Plaintiffs' April 23, 2007 response is, except for the signature date, identical to Plaintiffs' response filed with the Court on March 23, 2007.

DATED: May 3, 2007.

                                                Respectfully submitted,

                                                /s/ Nicole M. Stoduto
                                                NICOLE M. STODUTO
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 227
                                                Washington, DC 20044
                                                Telephone: (202) 616-9785
                                                Facsimile: (202) 514-6866
                                                Email: Nicole.M.Stoduto@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

      IT IS CERTIFIED that the foregoing UNITES STATES' MOTION TO STRIKE was caused to be served upon Plaintiffs *pro se* on the 3rd day of May, 2007, by depositing copies thereof in the United States' mail, postage prepaid, addressed as follows:

Stephen J. Lindsey  
Plaintiff *Pro Se*  
9871 Stanford Avenue  
Garden Grove, California 92841

Patricia Lindsey  
Plaintiff *Pro Se*  
9871 Stanford Avenue  
Garden Grove, California 92841.

                                          /s/ Nicole M. Stoduto  
                                          NICOLE M. STODUTO

2437630.1